JOSEPH KELLER, Respondent, *v.* JAMAICA MOTOR SERVICE CORPORATION, Appellant.

Supreme Court, Appellate Term, Second Department, April 24, 1925.

**Constitutional law — Penal Law, § 2039, making it a misdemeanor to apply for loan on real property without written consent of owner is unconstitutional.**

Section 2039 of the Penal Law, which makes it a misdemeanor for any one to make an unauthorized application for a loan upon real property, is unconstitutional.

APPEAL from a judgment of the Municipal Court, Borough of Queens, Fourth District.

*William G. Gautier*, for the appellant.

*William E. Kennedy*, for the respondent.

PER CURIAM:

Judgment affirmed, with twenty-five dollars costs.

Section 2039 of the Penal Law, which makes it a misdemeanor for any one to apply for a loan upon real property without the written authority of the owner, is unconstitutional. (See *Fisher Company* v. *Woods*, 187 N. Y. 90.) This was the only point raised on the trial.

Present: CROPSEY, LAZANSKY and MACCRATE, JJ.